J-E01008-20, J-E01009-20, J-E01010-20, J-E01011-20

2020 PA Super 164

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | : | |
| v. | : | |
| JEROME JOHNSON | : | |
| Appellant | : | No. 1620 EDA 2018 |

Appeal from the Judgment of Sentence imposed May 11, 2018
In the Court of Common Pleas of Philadelphia County
Criminal Division at No: CP-51-CR-0005331-2014,
CP-51-CR-0005332-2014, CP-51-CR-0009453-2014,
CP-51-CR-0012063-2015

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | : | |
| v. | : | |
| JEROME JOHNSON | : | |
| Appellant | : | No. 2045 EDA 2018 |

Appeal from the Judgment of Sentence imposed May 11, 2018
In the Court of Common Pleas of Philadelphia County
Criminal Division at No: CP-51-CR-0005331-2014,
CP-51-CR-0005332-2014, CP-51-CR-0009453-2014,
CP-51-CR-0012063-2015

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | : | |
| v. | : | |
| JEROME JOHNSON | : | |

J-E01008-20, J-E01009-20, J-E01010-20, J-E01011-20

<table>
<tr><td></td><td>Appellant</td><td></td><td>No. 2046 EDA 2018</td></tr>
</table>

Appeal from the Judgment of Sentence imposed May 11, 2018
In the Court of Common Pleas of Philadelphia County
Criminal Division at No: CP-51-CR-0005331-2014,
CP-51-CR-0005332-2014, CP-51-CR-0009453-2014,
CP-51-CR-0012063-2015

<table>
<tr><td>COMMONWEALTH OF PENNSYLVANIA</td><td></td><td>IN THE SUPERIOR COURT<br>OF PENNSYLVANIA</td></tr>
<tr><td>Appellee</td><td></td><td></td></tr>
<tr><td>v.</td><td></td><td></td></tr>
<tr><td>JEROME JOHNSON</td><td></td><td></td></tr>
<tr><td>Appellant</td><td></td><td>No. 2047 EDA 2018</td></tr>
</table>

Appeal from the Judgment of Sentence imposed May 11, 2018
In the Court of Common Pleas of Philadelphia County
Criminal Division at No: CP-51-CR-0005331-2014,
CP-51-CR-0005332-2014, CP-51-CR-0009453-2014,
CP-51-CR-0012063-2015

BEFORE: PANELLA, P.J., STABILE, J., DUBOW, J., KUNSELMAN, J., NICHOLS, J., MURRAY, J., McLAUGHLIN, J., KING, J., and McCAFFERY, J.

CONCURRING STATEMENT BY STABILE, J.:                Filed: July 9, 2020

I concur fully in the Majority's opinion, but write to express my view, as stated in my concurring opinion filed to ***Commonwealth v. Larkin***, ____ A.3d ____, 2761 EDA 2018 (Pa. Super. 2020) (*en banc*), that Pa.R.A.P. 902 should be fully utilized to remedy technical noncompliance with Pa.R.A.P. 341 as discussed in ***Commonwealth v. Walker***, 185 A.3d 969 (Pa. 2018), to protect the right to appeal guaranteed to all Commonwealth citizens under Article 5, Section 9 of the Pennsylvania Constitution.

- 2 -

Judges Dubow, King and McCaffery join the Concurring Statement.